IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANNERSON, *et al*, | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. H-14-2263 |
| YOUNG, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

For the reasons stated on the record at the Initial Conference held on November 5, 2014, the plaintiffs' claim for conversion is dismissed with prejudice, and the remaining claims are dismissed without prejudice to refiling in state court.

SIGNED on November 6, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge